IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
DORIS T. MARTIN, as natural )
mother and next friend of   )
Angela J. Martin, an        )
incompetent person,         )
                            )
    Plaintiff,              )
                            )  CIVIL ACTION NO.
    v.                      )    1:04cv979-T
                            )       (WO)
CHARLES WILLIAM DEMPSEY,    )
                            )
    Defendant.              )
```

JUDGMENT

Pursuant to the joint stipulation for dismissal (Doc. No. 21), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety with prejudice, with the parties to bear their own costs and plaintiff being responsible for any and all liens and subrogation claims.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 13th day of December, 2005.


    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**